**SARAH MACOMB, TRUSTEE, ETC.,** *versus* **JAMES CHITTENDEN.**

JOURNAL ENTRIES (1830–32): *Journal 4:* (1) Motion to take bill as confessed *p. 360; (2) motion for leave to answer and for continuance *p. 371;

(3) motion for appointment of receiver *p. 375; (4) motion for receiver overruled, leave given to plead, answer, or demur *p. 377; (5) continued *p. 441; (6) continued *p. 484; (7) discontinued *p. 518.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of injunction and return; (4) copy of writ of injunction; (5) writ of subpoena and return; (6) copy of writ of subpoena; (7) motion to take bill as confessed; (8) motion for time to answer, etc.; (9) affidavit for time to answer; (10) motion for appointment of receiver; (11) affidavit of Benjamin Chittenden; (12) answer.

*Chancery Case* 121 of 1829.